UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN A DAVIS,

                Plaintiff,

     v.

DAVID STEINER, UNITED STATES
POSTAL SERVICE, REBECCA BALDOZ,
NGOMAIT NGUYEN,

                Defendants.

CASE NO. **2:26-cv-00939-JHC**

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS, DKT. 1**

     The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The

Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

     DATED this 19th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1