UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN A DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID STEINER, et al,<br><br>Defendants. | CASE NO. 2:26-cv-00939-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. On September 14, 2026, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4. Dkt. 5. Plaintiff's response does not address his failure to comply with Rule 4 and fails to demonstrate good cause. Dkt. 6. Thus, the Court DISMISSES the action without prejudice. *See* Fed. R. Civ. P. 4(m).

Dated this 24th day of November, 2026.

John H. Chun
United States District Judge